Citizenship claims                                                                 6

February 2̶0̶, 2007    Case #  **A 07 CA 123 LY**    RECEIVED
           21,                                       2007 FEB 21  PM 4: 11

United States District Court Western District of Texas
Travis County Austin Division



### Amended petition to Original petition by adding
Plaintiff Sejun Kim's personal signature on all of pages 2- 4

Case Number **A 07 CA 123 LY**

Plaintiffs
John Koo-Hyun Kim … Self Representing
And Sejun Kim
2000 Cedar Bend Apt. 526
Austin, Texas 78758
Tel 512-832-6597   Fax 512-832-6597
Email: kimkoohyunhusa@yahoo.com

**FILED**

MAR 0 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

V.

Respondents

Micahel Chertoff … Respondent   (1)
Secretary of Homeland Security Department
Washington, D. C. 20528

Steve McCraw … Respondent (2)
Director of Homeland Security
Office of Texas Governor
P. O. Box 12428
Austin, Texas 78711
Tel 512-475-0645
Fax 512-475-0876

U. S. Congressman Michael McCall. Respondent (3)
 Aide Thomas Brown
U. S. House Representative Committee
Homeland Security

Citizenship claims **RECEIVED** 1

February 20, 2007    FEB 2 0 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court Western District of Texas
Travis County Austin Division

Original Petition to grant American naturalized citizenship
Of John Koo-Hyun Kim and Sejun Kim as of April 20, 1993

Case Number: A 07 CA 123 LY

Plaintiffs
John Koo-Hyun Kim … Self Representing
And Sejun Kim
2000 Cedar Bend Apt. 526
Austin, Texas 78758
Tel 512-832-6597   Fax 512-832-6597
Email: kimkoohyunhusa@yahoo.com

V.

Respondents

Micahel Chertoff … Respondent   (1)
Secretary of Homeland Security Department
Washington, D. C. 20528

Steve McCraw  … Respondent (2)
Director of Homeland Security
Office of Texas Governor
P. O. Box 12428
Austin, Texas 78711
Tel 512-475-0645
Fax 512-475-0876

U. S. Congressman Michael McCall. Respondent (3)
Aide Thomas Brown
U. S. House Representative Committee
Homeland Security
903 San Jacinto, Suite 320
Austin, Texas 78701

1

Citizenship claims                                                                                      2

Tel 512-473-2357

      Original motion to grant American naturalized citizenship Of John Koo-Hyun Kim and Sejun Kim as of April 20, 1993. Now come John Koo-Hyun Kim and Sejun Kim, plaintiffs self-representing, request that this honorable court to grant our honorable American naturalized citizenship of John Koo-Hyun Kim and Sejun Kim as of April 20, 1993 since government had no reason to deny it until today after we applied for it on April 20, 1988 and government granted it on April 20, 1988.

Date February 20, 2007

*[Signature]*

Signature
John Koo-Hyun Kim ... Self Representing
And Sejun Kim
2000 Cedar Bend Apt. 526
Austin, Texas 78758
Tel 512-832-6597   Fax 512-832-6597
Email: kimkoohyunhusa@yahoo.com


Certificate of Service

I, John Koo-Hyun Kim, plaintiff self representing, do hereby certify that on February 20, 2007, a true and correct copy of the foregoing pleading was forwarded to Respondents at the address below.

Micahel Chertoff ... Respondent   (1)
Secretary of Homeland Security Department
Washington, D. C. 20528

2

Citizenship claims                                                                3

Steve McCraw ... Respondent (2)
Director of Homeland Security
Office of Texas Governor
P. O. Box 12428
Austin, Texas 78711
Tel 512-475-0645
Fax 512-475-0876

U. S. Congressman Michael McCall. Respondent (3)
Aide Thomas Brown
U. S. House Representative Committee
Homeland Security
903 San Jacinto, Suite 320
Austin, Texas 78701

Date: February 20, 2007

Plaintiff John Koo-Hyun Kim  _____
                                Signature

plaintiff Sejun Kim  _____
Inability proof to pay court cost   Signature
(Please see attachment)


Jurisdiction

   Sejun Kim (A 91 272 367 / A 75 887 588) whose date of birth was on October 27, 1979 and John Koo-Hyun Kim (A 91 272 364 / A 75 887 591) whose date of birth was on August 26, 1941 came to America in 1981 whose entry paper proved so.

   Since our entry date of 1981, my entire family applied for our legalization to become American citizens after American government begged us to apply for it.

   On April 20, 1988, Government INS approved all of my entire family legalizations and reviewed three times and approved it for the third time on March 1, 1989 for my daughter and for my wife who had already become U.

3

Citizenship claims

4

S. citizens whose application information and application date were the same with my application and my son's application on the same date on April 20, 1988.

But the INS still denied my and my son's citizenship. Let government explain their denial reason. Otherwise this honorable court should grant American citizenship as of April 20, 1993.

This honorable court had no cause to deny jurisdiction to review this case or deny American citizenship claim as of April 20, 1993 right away or as soon as possible.

Sincerely,

_____
Signature
John Koo-Hyun Kim ... Self Representing
And Sejun Kim
2000 Cedar Bend Apt. 526
Austin, Texas 78758
Tel 512-832-6597    Fax 512-832-6597
Email: kimkoohyunhusa@yahoo.com

4

United States District Court
Western District of Texas Travis County Austin Division

Case Number:

John Koo-Hyun Kim
Sejun Kim

V.

U. S. Department of Homeland Security

Court Order

United States District Court Western District of Texas Travis County Austin Division granted John Koo-Hyun Kim and Sejun Kim's American citizenship as of April 20, 1993.

Date _____ Month _____ Year _____

Presiding Judge _____

_____
Signature